# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Southern Division*

**WANRONG LIN**, *et al.*,

    **Plaintiffs**,

v.                                     Case No.: GJH-18-3548

**KIRSTJEN NIELSEN**, *et al.*,

    **Defendants.**

## ORDER

In accordance with the foregoing Memorandum Opinion, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that:

1. Petitioners' Motion for Preliminary Injunction, ECF No. 15, is granted;

2. Defendants shall be preliminarily enjoined from removing Petitioner Lin from the United States pending further proceedings.

Dated: May 2, 2019                        /s/
                                                           GEORGE J. HAZEL
                                                           United States District Judge